UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA          CASE NO. 24-cr-00208-01

VERSUS                            JUDGE DONALD E. WALTER

YICHEN HE (01)                    MAGISTRATE JUDGE HORNSBY

**O R D E R**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS ORDERED** that Defendant's guilty plea is accepted, and the Court hereby adjudges Defendant guilty of the offense charged in Count One of the Indictment.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 21st day of February, 2025.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE